IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**WILLIAM RONALD FOLSOM**,<br><br>Defendant | NO. 5: 06-MJ-06-03 (CWH)<br><br>VIOLATION: DUI |

## ORDER AND BENCH WARRANT

Defendant **WILLIAM RONALD FOLSOM** having failed to report as directed to the U. S. Probation Office subsequent to entering a plea of guilty on June 19, 2006,

IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, his authorized representative, or any authorized law enforcement officer immediately ARREST the said **WILLIAM RONALD FOLSOM** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984.

SO ORDERED AND DIRECTED, this 30th day of JUNE, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |